

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| COMMUNITY BANK OF RAYMORE, AS TRUSTEE OR AGENT, | § | No. 08-12-00025-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| | § | of Loving County, Texas |
| CHESAPEAKE EXPLORATION, L.L.C, AND ANADARKO PETROLEUM CORPORATION, | § | (TC#10-08-783) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF NOVEMBER, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.